UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CASE NO. 1:11-CV-37

**JOSEPH MARTIN**                                                                                    **PLAINTIFF**

**v.**

**WESTERN KENTUCKY UNIVERSITY,** *et al.*                                          **DEFENDANTS**

## ORDER

This matter having come before the Court on the Defendants' Motions for Summary Judgment, and the Court being fully advised and having entered a separate Memorandum Opinion on this day,

IT IS HEREBY ORDERED that the Defendants' motions are GRANTED in regard to the Plaintiff's cause of action under the Americans with Disability Act, 42 U.S.C. § 12101 *et seq.*

IT IS HEREBY FURTHER ORDERED that the Plaintiff's remaining state law claims are REMANDED to the Warren County Circuit Court.

This matter is to be stricken from the docket. This is a final and appealable order and there is no just cause for delay.